**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON RAISER, | ) | CASE NO. ED CV 13-01394 RGK (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF LAKE ELSINORE, ET AL., | ) | |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the First Interim Report and dismisses Does 1-25 from the action for Plaintiff's failure to prosecute as to them.

DATED: February 26, 2014

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE