1  **Bruce E. Disenhouse, 078760**
   BD@DI-Law.com
2  **Janine L. Highiet-Ivicevic, 254405**
   JHI@DI-Law.com
3  DISENHOUSE & IVICEVIC, LLP
   3890 Eleventh Street, Suite 217
4  Riverside, California 92501
   T: 951-777-2439
5  F: 951-777-2866

6  Attorneys for Defendant CITY OF LAKE ELSINORE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AARON RAISER, | ) CASE NO: ED-13CV-01394-RGK(RZ) |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) |
| CITY OF LAKE ELSINORE and DOES 1-25, Inclusive, | ) |
| Defendant, | ) |

Pursuant to the stipulation of the parties, and based on the settlement of this matter in its entirety, the above reference action is hereby ordered dismissed with prejudice pursuant to FRCP Rule 41 (a)(2).

IT IS SO ORDERED.

DATED: July 08, 2014

_____
UNITED STATES MAGISTRATE JUDGE